

# United States District Court
# Eastern District of California

| Augustar Life Assurance Corporation, f/k/a Ohio National Life Assurance Corporation |
|---|

**Plaintiff(s)**

Case Number: 2:24-cv-02096-KJM-AC

V.

| Phyllis Terrana, individually and as Trustee of the Maxine E. Terrana Revocable Living Trust 2023, et al. |
|---|

**Defendant(s)**

APPLICATION FOR PRO HAC VICE AND PROPOSED ORDER

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, __Aimee I. Clare__ hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:

Augustar Life Assurance Corporation, f/k/a Ohio National Life Assurance Corporation

On __June 22, 2020__ (date), I was admitted to practice and presently in good standing in the __United States District Court Northern District of Illinois__ (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

[X] I have / [ ] I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

North American Company for Life and Health Insurance v. Astika Lata; Case #2:23-cv-00574-KJN dated 4/4/2023;

Pro Hac Vice granted 4/17/2023   (Application attached)

Date: __August 16, 2024__          Signature of Applicant: /s/ __Aimee I. Clare__

---

**Pro Hac Vice Attorney**

| | |
|---|---|
| Applicant's Name: | Aimee I. Clare |
| Law Firm Name: | Chittenden, Murday & Novotny LLC |
| Address: | 303 West Madison Street |
| | Suite 2400 |
| City: | Chicago   State: IL   Zip: 60606 |
| Phone Number w/Area Code: | (312) 281-3600 |
| City and State of Residence: | Chicago, Illinois |
| Primary E-mail Address: | aclare@cmn-law.com |
| Secondary E-mail Address: | bharris@cmn-law.com |

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

| | |
|---|---|
| Local Counsel's Name: | Rebekka Martorano |
| Law Firm Name: | The Ryan Law Group |
| Address: | 400 Capitol Mall |
| | Suite 2540 |
| City: | Sacramento   State: CA   Zip: 95814 |
| Phone Number w/Area Code: | (916) 924-1912   Bar # 173600 |

## **ORDER**

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: September 20, 2024

_/s/ signature_
CHIEF UNITED STATES DISTRICT JUDGE

# CERTIFICATE OF GOOD STANDING



*United States of America*

\}**ss.** Aimee Clare

*Northern District of Illinois*

    I, Thomas G. Bruton , Clerk of the United States District Court for the Northern District of Illinois,

    DO HEREBY CERTIFY That Aimee Clare was duly admitted to practice in said Court on (06/22/2020) and is in good standing as a member of the bar of said court.

Dated at Chicago, Illinois
on (08/13/2024 )

                                        Thomas G. Bruton , Clerk,

                                        By:  Briana Irizarry
                                                Deputy Clerk

A TRUE COPY-ATTEST
THOMAS G. BRUTON, CLERK

By: s/ B.IRIZARRY
DEPUTY CLERK
U.S. DISTRICT COURT, NORTHERN
DISTRICT OF ILLINOIS

August 13, 2024

## COURT ADMISSIONS – Bar and General Admissions
### Aimee I. Clare

| Court: | Admission: | Status: |
|---|---|---|
| State of Illinois<br>ARDC No. 6331295 | May 9, 2019 | Good Standing |
| Northern District, Illinois | June 22, 2020 | Good Standing |
| Southern District, Illinois | January 31, 2023 | Good Standing |
| Central District, Illinois | February 22, 2023 | Good Standing |
| Southern District, Texas<br>SDTX Federal ID No. 3847527 | June 12, 2023 | Good Standing |
| Northern District, Indiana | March 13, 2024 | Good Standing |
| Eastern District, Wisconsin | May 22, 2024 | Good Standing |
| Southern District, Indiana | July 3, 2024 | Good Standing |



# United States District Court
# Eastern District of California

| | |
|---|---|
| North American Company for Life and Health Insurance | Case Number: 2:23-cv-00574-KJN |
| Plaintiff(s) | |
| V. | |
| Astika Lata, a citizen of California | APPLICATION FOR PRO HAC VICE AND PROPOSED ORDER |
| Defendant(s) | |

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, Aimee I. Clare hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:

North American Company for Life and Health Insurance

On 06/22/2020 (date), I was admitted to practice and presently in good standing in the United States District Court Northern District of Illinois (court). A certificate of good standing from that court is (Please see attached list) submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have / ☒ I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

Date: 4/4/2023            Signature of Applicant: /s/ [signature]

U.S. District Court – Pro Hac Vice Application                                Page 1
Revised July 6, 2021

**Pro Hac Vice Attorney**

| | |
|---|---|
| Applicant's Name: | Aimee I. Clare |
| Law Firm Name: | Chittenden, Murday & Novotny LLC |
| Address: | 303 West Madison Street |
| | Suite 2400 |
| City: | Chicago   State: IL   Zip: 60606 |
| Phone Number w/Area Code: | (312) 281-3600 |
| City and State of Residence: | Chicago, Illinois |
| Primary E-mail Address: | aclare@cmn-law.com |
| Secondary E-mail Address: | bharris@cmn-law.com |

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

| | |
|---|---|
| Local Counsel's Name: | Rebekka Martorano |
| Law Firm Name: | The Ryan Law Group |
| Address: | 400 Capitol Mall |
| | Suite 2540 |
| City: | Sacramento   State: CA   Zip: 95814 |
| Phone Number w/Area Code: | (916) 924-1912   Bar # 173600 |

## ORDER

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: 4/17/2023

*Kendall J. Newman*
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE
JUDGE, U.S. DISTRICT COURT