```
1  REBEKKA MARTORANO (SBN 173600)
   THE RYAN LAW GROUP
2  400 Capitol Mall, Suite 2540
   Sacramento, California 95814
3  Telephone: (916) 924-1912
   Facsimile: (916) 923-3872
4  Email: rmartorano@ryanlg.com

5  Attorneys for Plaintiff
   AUGUSTAR LIFE ASSURANCE CORPORATION
```

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AUGUSTAR LIFE ASSURANCE CORPORATION, f/k/a Ohio National Life Assurance Corporation,<br><br>Plaintiff,<br><br>v.<br><br>PHYLLIS TERRANA, individually and as Trustee of THE MAXINE E. TERRANA REVOCABLE LIVING TRUST 2023, SHERRY KUNKLE, PHILLIP TERRANA, and JEANETTE PECK,<br><br>Defendants. | Case No. 2:24-cv-02096-AC<br><br>**[PROPOSED] ORDER GRANTING AUGUSTAR LIFE ASSURANCE CORPORATION'S MOTION FOR LEAVE TO DEPOSIT ITS ADMITTED LIABILITY**<br><br>DATE:<br>TIME:   10 a.m.<br>DEPT:   26<br><br>The Honorable Allison Claire |

This cause comes on the motion of AuguStar Life Assurance Corporation, f/k/a Ohio National Life Assurance Corporation ("AuguStar"), for leave to deposit its admitted liability (Doc. No. 4).

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED:**

1. AuguStar Life Assurance Corporation is granted leave to deposit with the Clerk of this Court its admitted liability on Policy No. C6800122 in the amount of $525,000.00, plus applicable interest, *nunc pro tunc* to August 2, 2024, the date the Complaint for Interpleader was filed.

2. The Clerk of this Court shall accept the aforesaid check and shall receive such funds into the Registry of this Court for ultimate disposition by further order of this Court in the above-styled action.

DATED: January 13, 2025

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE